UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00394-IM** |
| **v.** | **INFORMATION** |
| **DEVIN P. MONTGOMERY,** | **49 U.S.C. § 46307** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**(Violation of National Defense Airspace)**
**(49 U.S.C. § 46307)**

On or about September 4, 2025, in the District of Oregon, the defendant **DEVIN P. MONTGOMERY,** did knowingly operate an Unmanned Aircraft System (UAS), also known as a drone", within a Temporary Flight Restricted (TFR) area of federal property, to wit: on the grounds and in the restricted area space of the Immigration and Customs Enforcement Building.

In violation of Title 49, United States Code, Sections 46307 and 40103(b)(3), a Class A Misdemeanor.

Dated:  October 2, 2025.

                                                    Respectfully submitted,

                                                    SCOTT E. BRADFORD
                                                    United States Attorney

                                                    */s/ Kemp L. Strickland*
                                                    KEMP L. STRICKLAND
                                                    Assistant United States Attorney