Johnathan Haub, OSB #761653
Attorney at Law
1000 Molalla Ave., Suite 118
Oregon City, OR 97045
Tel: (503) 295-1228
john.haub@gmail.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>  Plaintiff,      )<br>            )<br>  vs.          )<br>            )<br>DEVIN PATRICK MONTGOMERY, )<br>            )<br>  Defendant.     )<br>            ) | 3:25-cr-00394-IM<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, ORDER ENTERING PLEA |

The defendant represents to the court:

1. My name is Devin Patrick Montgomery. I am 49 years old. I have gone to school up to and including one year of college at Portland Community College.

2. My attorney is Johnathan Haub.

3. My attorney and I have discussed my case fully. I have received a copy of the Misdemeanor Information. I have read the Misdemeanor Information, and I have discussed it fully with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included

offense(s), and the possible defenses I might have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are provided in Count I of the Information (Title 49 U.S.C. Section 46307) (Violation of National Defense Airspace), which alleges that on or about September 4, 2025, in the District of Oregon, I did knowingly operate an Unmanned Aircraft System (UAS), also known as a "drone," within a Temporary Flight Restricted (TFR) area of federal property, to wit: on the grounds and in the restricted air space of the Immigration and Customs Enforcement Building in violation of Title 49, United States code, Sections 46307 and 40103(b)(3), a Class A misdemeanor.

4. The elements of the offense which I admit are the I personally (1) acted knowingly, (2) in the District of Oregon, (3) by flying a UAV (drone) over the protected air space at a federal building on Macadam Avenue, Portland, Oregon (4) on September 4, 2025, (5) without any form of justification or excuse. I know this Court has jurisdiction over the offense and the U.S. Attorney has provided me all necessary discovery of facts and circumstances including a copy of the Temporary Flight Restriction NOTAM in effect from August 15, 2025 to September 16, 2025.

5. I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

offense(s), and the possible defenses I might have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are provided in Count I of the Information (Title 49 U.S.C. Section 46307) (Violation of National Defense Airspace), which alleges that on or about September 4, 2025, in the District of Oregon, I did knowingly operate an Unmanned Aircraft System (UAS), also known as a "drone," within a Temporary Flight Restricted (TFR) area of federal property, to wit: on the grounds and in the restricted air space of the Immigration and Customs Enforcement Building in violation of Title 49, United States code, Sections 46307 and 40103(b)(3), a Class A misdemeanor.

4. The elements of the offense which I admit are the I personally (1) acted knowingly, (2) in the District of Oregon, (3) by flying a UAV (drone) over the protected air space at a federal building on Macadam Avenue, Portland, Oregon (4) on September 4, 2025, (5) without any form of justification or excuse. I know this Court has jurisdiction over the offense and the U.S. Attorney has provided me all necessary discovery of facts and circumstances including a copy of the Temporary Flight Restriction NOTAM in effect from August 15, 2025 to September 16, 2025.

5. I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

6. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false swearing.

7. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days.

8. I understand that conviction of a crime can result in consequences in addition to imprisonment. If I am not a United States citizen, such consequences could include deportation, or removal from the United States, or denial of naturalization. This misdemeanor conviction could also result in the loss of certain civil rights or loss of the privilege to engage in certain occupations licensed by the state or federal government.

9. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

    a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

   b. The right to have the assistance of an attorney at all stages of the proceedings;

   c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

   d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

   e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

   f. The right not to be compelled to incriminate myself.

10. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

11. In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorney has explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

   > My plea of Guilty is under Rule 11 (c)(1)(B); therefore, although the judge will consider the recommendations and agreements of both the prosecution and defense concerning sentencing the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

12. I know the maximum sentence which can be imposed upon me for the crime(s) to which I am pleading guilty is one year imprisonment, a $25 fee assessment, and a fine of $100,000.

13. I know that that the judge can order restitution payments to any victim of any offense to which I plead guilty, and that any fine or restitution in an amount of $2,500 or more I will be required to pay interest unless that fine or restitution is paid within 15 days from the entry of judgment.

14. If I am on probation, parole, or supervised release in any other state or federal case I know that my plea of Guilty may result in penalties including consecutive sentences of incarceration.

15. My plea of GUILTY is based on a plea Agreement that I have made with the prosecutor. The Plea Agreement is attached hereto and incorporated herein. I have read, understand, and have signed that plea agreement.

16. The attached plea agreement is the only plea agreement in this case. No other person has promised or suggested I receive a certain term of imprisonment, or any other condition of a sentence which is not presented to the judge in my presence in open court at the time of the entry of my plea of GUILTY.

17. My plea of GUILTY is not the result of force, threat or intimidation.

18. I hereby request that the Court accept my plea of GUILTY to Count one of the Misdemeanor Information.

19. I represent to the Court that I did the following acts and that the following facts are true: "On or about September 4, 2025, in the District of Oregon, I, Devin Patrick Montgomery, did unlawfully and intentionally operate an Unmanned Aircraft System (UAS) within the Temporary Flight Restricted (TFR) area established by the Federal Aviation Administration (FAA), to wit: within one mile of the federal Immigration and Customs Enforcement (ICE) building on Macadam Avenue, Portland, Oregon, contrary to Title 49, U.S.C. 46307 and 40103(b)(3).

20. I offer my plea of GUILTY freely and voluntarily and of my own accord and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me in the presence of my attorney, after reading all the foregoing pages and paragraphs of this Petition on this 6 day of October 2025.

*Devin Montgomery*
Devin Patrick Montgomery
Defendant

## CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant Devin Patrick Montgomery, hereby certifies:

1. I have fully explained to the defendant the allegations contained in the Misdemeanor Information in this case, any lesser-included offenses, and the possible defenses which may apply in this case.

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in the plea petition. I have also explained to the defendant that the U.S. Sentencing Guidelines do not apply to this case.

4. I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, and any Plea Agreement, on this 6 day of October 2025.

*/s/ Johnathan Haub*
Johnathan Haub
Attorney for Defendant

## ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely, voluntarily, and not out of ignorance, fear, inadvertence, or coercion. I further find that the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this petition and as recommended in the Certificate of defendant's attorney.

DATED this 8th day of October, 2025, in open Court.

_____
The Honorable Karin Immergut
United States District Judge